**Chuck FERROS, Plaintiff/Appellant,**

v.

**PNC BANK, N.A., Defendant/Respondent.**

**No. ED 102766**

Missouri Court of Appeals, Eastern District, *DIVISION FOUR.*

Filed: October 20, 2015

Rehearing and/or Transfer Denied November 25, 2015

Application for Transfer Denied January 26, 2016

David C. Knieriem, 7711 Bonhomme Avenue, Suite 850, Clayton, MO 63105, for Plaintiff/Appellant.

Matthew J. Landwehr, Mike W. Bartolacci, One US Bank Plaza, Suite 3300, St. Louis, MO 63101, for Defendant/Respondent.

Before Sherri B. Sullivan, P.J., Patricia L. Cohen, J., and Kurt S. Odenwald, J.

### ORDER

**PER CURIAM.**

Chuck Ferros (Ferros) appeals from the trial court's entry of summary judgment in favor of PNC Bank, N.A. (PNC) on Ferros's petition seeking damages for conversion. We have reviewed the briefs of the parties and the record on appeal and conclude there is no genuine issue of material fact and PNC is entitled to judgment as a matter of law. *ITT Comm. Fin. Corp. v. Mid-Am. Marine Supply Corp.*, 854 S.W.2d 371, 376 (Mo. banc 1993) and Rule 74.04(c).[1] An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

---

1. All rule references are to Mo. R. Civ. P. 2014.